SHOLIEM JOLLOWSKY, Respondent, *v.* GEORGE L. SHAW, Appellant.

Submitted April 21, 1952; decided April 23, 1952.

*Frank Kreitzberg* and *Norman Annenberg* for motion.

*Benjamin J. Taruskin* opposed.

Motion dismissed. (See Civ. Prac. Act, § 589, subd. 1, cl. [b] ; subd. 2, cl. [b].)